Eustacio Mercado, demandante y apelante, *v.* Agustín Vázquez y José Díaz Acosta, demandados y apelados.

No. 5292.—*Sometido:* Enero 16, 1931. *Resuelto:* Enero 21, 1931.

*Armando A. Miranda,* abogado del apelante; *Isaías M. Crespo y José E. Díaz,* abogados de los apelados.

El Juez Asociado ⁓ ⁓ Texidor, emitió la opinión del tribunal.

En el caso *Antelo   Yabucoa Sugar Company,* 33 D.P.R. 103, se habían establ .do dos causas de acción: una contra Yabucoa Sugar Co., para que se anulara una escritura de venta de una finca rústica; y la otra para que en el caso de que se declarase sin lugar la moción contra la Yabucoa Sugar Co. se condenase a la sucesión de Emilio Colón a pagar cierta indemnización a la demandante. La corte de distrito declaró con lugar una excepción de indebida acumulación de acciones interpuesta por los demandados; y este tribunal, en apelación, sostuvo a la corte inferior, y confirmó la opinión de la misma, que aparece basada en un párrafo de su resolución, que dice así:

"Un demandante podrá acumular varias acciones en una misma demanda, cuando todas se derivan, entre otros casos, de reclamaciones para recobrar determinada propiedad inmueble, con o sin resarcimiento de perjuicios por retención de la misma, o por daños causados en ella y por sus rentas y utilidades, *pero las acciones así acumuladas deberán todas corresponder a una sola de estas clases y afectar a todas las partes en el pleito* y deben exponerse separadamente. Art. 104, *Código Enjuiciamiento Civil; Carlo* v. *Ferrer,* 27 D.P.R. 216."

Caso muy parecido es éste, en que el ahora apelante demandó a José Díaz Acosta y Agustín Vázquez, alegando que en cierto pleito Vázquez había hecho figurar determinada finca como propia de Gabino Ramírez, y la había hecho poner en pública subasta, y en la misma se le adjudicó la finca a José Díaz Acosta que la posee; que esa finca es propia del demandante. Y además que la actuación maliciosa de los deman-

dados Vázquez y Acosta le había causado perjuicios que estimaba en cierta suma. Y pidió que se declararan nulos e inexistentes el embargo, subasta y remate, adjudicación y otorgamiento de escritura de la finca, se ordenara la restitución de ésta al demandante, y se condenara a los demandados al pago de una indemnización de un mil dollars. Los demandados excepcionaron la demanda por falta de hechos suficientes y por indebida acumulación de acciones; y la corte de Distrito de Arecibo declaró con lugar esta última excepción. El demandante pidió sentencia, que se dictó; y contra la que ha establecido el presente recurso, fundándose en que la corte erró al decidir la excepción previa.

Basta con la cita de doctrina jurídica que hacemos al principio de esta opinión, para declarar que no existe el error señalado.

*Debe confirmarse la sentencia apelada.*